FILED

06/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0632

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0632

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

       O R D E R

GREGORY M. SMITH,

       Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on June 1, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and an Appendix must be submitted.

M. R. App. P. 12(1)(i) requires an appellant's brief to contain "[a]n appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support."

M. R. App. P. 12(5) provides that, in addition to those required documents in Rule 12(1)(i), an appellant may choose, but is not required to, "file a separate appendix containing additional documents or materials that are referenced in the brief or may, otherwise, be of assistance to the supreme court in its review of the brief."

The Appellant's brief did not contain an Appendix of the relevant judgment, order, ruling, or decision from which the appeal is taken.
Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised Appendix containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised Appendix on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised Appendix.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 4 2020